# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| James Zell Bishop, | : | |
| Petitioner/Defendant, | : | Civil Action No. 12-325-WS |
| v. | : | Criminal No. 07-185-WS-C |
| United States of America, | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Doc. 66 in Criminal No. 7-185-WS-C) be and the same hereby is **DENIED** because the claims asserted therein either time-barred pursuant to 28 U.S.C. § 2255(f).

Further, the petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal *in forma pauperis*.

**DONE** this the 5th day of December, 2012.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**